# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GASPARD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE BREAKFAST TOMS, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01199-AWI-EPG<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

       On August 31, 2018, Charles Gaspard and Daveigh Schwallier (collectively, "Plaintiffs"), proceeding pro se, commenced this action by filing a Complaint against The Breakfast Toms and Cathy Chase ("Defendants"). (ECF No. 1.) Plaintiff Gaspard is currently confined to Louisiana State Penitentiary. *Id.* Plaintiff Gaspard alleges that on an unspecified date he formed a group on myspace.com called "The Breakfast Toms" with Plaintiff Schwallier and her friends *Id.* The group was formed by mutual consent, and by "two informal, written, bilateral, onerous, commutative, nominate contracts," including contracts with certain third-party beneficiaries. *Id.* Under the contract, Plaintiff Gaspard was to collect information from Plaintiff Schwallier about abuses and crimes committed by Defendant Chase and to report said abuses and crimes to the Federal Bureau of Investigation. *Id.* Defendant The Breakfast Toms failed to perform under the contract and exhibited bad faith by aiding Defendant Chase in attempting to convince Plaintiff Gaspard that Defendant Chase was not abusing Plaintiff Schwallier and Plaintiff Schwallier did not want to communicate with Plaintiff Gaspard. *Id.*

       On August 31, 2018, Plaintiff Gaspard also filed a motion to stay this action. (ECF No.

1

2.) Plaintiffs sought to stay the action because they are unable to determine the proper venue in which to file their claims, and have filed over six duplicate actions in district courts across the country. *Id.* Plaintiffs further explained that they wish to proceed *in forma pauperis*, but are unwilling to expend their resources to file an application to proceed without prepayment of the filing fee in all six cases. *Id.*

On September 13, 2018, the Court issued a minute order denying the motion to stay and directing Plaintiffs to file an application to proceed *in forma pauperis* or to pay the required filing fee within fourteen days. (ECF No. 3.) The order also provided, "No extension of time will be granted. If Plaintiffs fail to file an application to proceed *in forma pauperis* or to pay the required filing fee within the specified time, this action will be dismissed pursuant to 28 U.S.C. § 1914." *Id.* The fourteen-day period has expired, and Plaintiffs have failed to pay the filing fee, submit an application to proceed *in forma pauperis*, or otherwise respond to the Court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed, without prejudice, for Plaintiffs' failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and
2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiffs may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

\\\
\\\
\\\
\\\
\\\

2

Plaintiffs are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **October 5, 2018**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE