# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GASPARD, et al.,<br><br>Plaintiffs<br><br>v.<br><br>THE BREAKFAST TOMS, et al.,<br><br>Defendants | CASE NO. 1:18-CV-1199 AWI EPG<br><br>ORDER ON PLAINTIFF'S MOTIONS<br><br>(Doc. Nos. 11, 12, 13) |

Plaintiff is incarcerated in the Louisiana State Penitentiary and is proceeding pro se in this matter. On November 1, 2018, the Court dismissed this case for several reasons, including that the case is fanciful and thus, frivolous. See Doc. No. 8.

On January 7, 2019, Plaintiff filed: (1) a motion to compel, (2) a motion to determine proper party status and venue, (3) a motion for leave to file a supplemental complaint, and (4) a stipulation. See Doc. Nos. 11-14. However, none of the motions or stipulations are proper since they assume that this case is still on-going. Because this case was dismissed and closed as frivolous, the Court will deny the motions and strike the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Doc. No. 11), motion to determine status of proper party and venue (Doc. No. 12), and motion to file supplemental complaint (Doc. No. 13) are DENIED;

2. The stipulation filed January 7, 2019 (Doc. No. 14) is STRICKEN; and

3. This case remains CLOSED.

IT IS SO ORDERED.

Dated:   January 11, 2019

SENIOR DISTRICT JUDGE